IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ROBERT GOLDSTEIN,<br><br>　　Plaintiff,<br><br><br><br>　　vs.<br><br><br><br>CAROL LYNN MARTIN,<br><br>　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO REOPEN<br><br><br><br>Case No. 2:07-CV-818 TS |

On December 10, 2007, the Court dismissed this case for lack of jurisdiction. The Court also found the Complaint failed to state a claim upon which relief could be granted and that granting leave to amend the Complaint would be futile.[1]  Plaintiff moves to reopen the case. Construing Plaintiff's pro se Motion liberally, it states no basis to reopen the case and states no basis for jurisdiction.  Plaintiff also fails to address the findings that he failed to state a claim or that leave to amend would be futile.  This Court cannot reopen a case when it lacks jurisdiction.  It is therefore

---

[1]Docket No. 9, at 2-3.

ORDERED that Plaintiff's Motion to Reopen Case (Docket No. 10) is DENIED.

DATED   March 13, 2008

BY THE COURT:

_____

TED STEWART
United States District Judge