IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ROBERT GOLDSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROL LYNN MARTIN,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION<br><br><br><br>Case No. 2:07-CV-818 TS |

On December 10, 2007, the Court dismissed this case for lack of jurisdiction. The Court also found the Complaint failed to state a claim upon which relief could be granted and that granting leave to amend the Complaint would be futile.[1] Plaintiff then moved to reopen the case. The Court denied that Motion because the Court cannot reopen a case when it lacks jurisdiction.[2] Plaintiff responded by filing a document styled a "Motion to Recombine Charges."[3] Construing Plaintiff's pro se Motion liberally, it states no basis for

---

[1] Docket No. 9, at 2-3.

[2] Docket No. 11.

[3] Docket No. 12.

1

the Motion and it is not possible to determine what relief Plaintiff seeks from the Motion. Nothing in the Motion changes the Court's prior ruling that dismissed this case for lack of jurisdiction. Because there is no open case any motions attempted to be filed herein will be moot. It is therefore

ORDERED that Plaintiff's Motion to Recombine Charges (Docket No. 12) is DENIED AS MOOT because this case is dismissed and closed.

DATED   March 26, 2008

BY THE COURT:

_____
TED STEWART
United States District Judge