IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ROBERT GOLDSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL LYNN MARTIN,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING PENDING MOTIONS AND ORDER TO SHOW CAUSE<br><br>Case No. 2:07-CV-818 TS |

Plaintiff has filed two motions: a Motion for a Retrial[1] and a Motion to Recombine Charges.[2] The Court finds that those Motions are meritless. The history of this case and Plaintiff's many previous meritless motions is set forth in the Court's Memorandum Decision and Order Denying Plaintiff's Motion and Cautioning Plaintiff Against Further Filings.[3] In that Order, the Court cautioned Plaintiff that any "further filings on meritless matters may result in summary disposition without discussion and an order asking him to

---

[1]Docket No. 16.

[2]Docket No. 17.

[3]Docket No. 15.

1

show cause why this court should not limit his future filings and provide for sanctions."[4] It is therefore

ORDERED that Plaintiff's Motion for Retrial (Docket No. 16) is DENIED AS MOOT because this case is dismissed and closed. It is further

ORDERED that Plaintiff's Motion to Recombine Charges (Docket No. 17) is DENIED AS MOOT because this case is dismissed and closed. It is further

**ORDERED that on April 21, 2008 at 10:00 a.m. Plaintiff Robert Goldstein shall appear in Courtroom 142 and show cause why he should not be prohibited from further filings in this case.**

DATED   April 10, 2008

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[4]*Id.* at 2 (quoting *United States v. Evans*, 248 Fed. Appx. 53, 57 (10th Cir. 2007)).