IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ROBERT GOLDSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROL LYNN MARTIN,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER PROHIBITING PLAINTIFF FROM FURTHER FILINGS<br><br>Case No. 2:07-CV-818 TS |

On December 10, 2007, Plaintiff's pro se Complaint was dismissed and this case was closed. On March 13, 2008, Plaintiff's Motion to Reopen the Case was denied. As explained in those orders, Plaintiff failed to allege a basis for federal jurisdiction and failed to state a claim upon which relief could be granted. Plaintiff did not appeal those rulings. Plaintiff continued to file motions in this closed case. In an Order dated March 26, 2008, the Court again denied Plaintiff's Motion and explained that it was not possible to file claims or allegations in a closed case. Plaintiff filed yet another motion seeking to add claims to his dismissed complaint. On April 1, 2008, the Court denied the Motion and again explained that it was not possible to file claims and allegations in a closed case. All of the Court's Orders have construed Plaintiff's pro se filings liberally but have found that

Plaintiff's filings are meritless, fail to allege federal jurisdiction, and fail to state any claim upon which relief can be granted.  Accordingly, the April 1, 2008 Order cautioned Plaintiff that any further meritless filings would result in an order to show cause why he should not prohibited from further filings and sanctioned.

Plaintiff responded with two new filings similar to ones previously denied as meritless.  The Court issued an order to show cause and Plaintiff was notified of the Order to Show Cause and the hearing.  The Court has denied the two latest filings as meritless.

Plaintiff appeared at the hearing and stated that he accepts the prohibition against further filings.

The Court finds that Plaintiff has established a pattern of repeated meritless filings in this closed case despite three clear Court orders explaining this case cannot be reopened without jurisdiction and that any motions seeking to proceed in this closed case will be moot.  Plaintiff has been adequately cautioned that continuing to attempt to proceed with claims in this closed case may result in an order limiting his future filings.  Plaintiff has not shown any reason why he should not be prohibited from attempting future filings in this closed case.  It is therefore

ORDERED that Plaintiff Robert Goldstein is prohibited from filing any further documents in this closed case.

DATED   April 21, 2008

BY THE COURT:

_____
TED STEWART
United States District Judge